REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. 775-786-3930
Fax. 775-786-4160
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\*\*\*

JAMES PETRIE,

    Plaintiff,

vs.

CITY OF BOULDER CITY, a political subdivision of the State of Nevada,

    Defendant.

Case No. 2:16-cv-00041-JAD-GWF

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the above-entitled action may be dismissed with prejudice, with each party to

///
///
///
///
///
///
///
///
///

ERICKSON, THORPE &
SWAINSTON, LTD.

1

bear his or her own attorney's fees and costs.

DATED this _____ day of April, 2016

LAW OFFICES OF DANIEL A. MARKS, ESQ

By: _____
    ADAM LEVINE, ESQ.
    Attorneys for Plaintiff


ERICKSON, THORPE & SWAINSTON, LTD.

By: ___/s/ Rebecca Bruch_____
    REBECCA BRUCH, ESQ.
    Attorneys for Defendant


    Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

    Dated: May 10, 2016.

                                      UNITED STATES DISTRICT JUDGE